DAVID T. DIBIASE (Bar No. 56883)
  dtd@amclaw.com
HENRY S. ZANGWILL (Bar No. 46203)
  hsz@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
444 South Flower Street
Thirty-First Floor
Los Angeles, California  90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

**Attorneys for Defendant, Federal Insurance Company**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TRICOR AMERICA, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, a corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No. 3:13-cv-03391-JST <br><br> **STIPULATION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT; [PROPOSED] ORDER THEREON** <br><br> Trial Date:          None |

WHEREAS, at issue in this lawsuit is a claim presented by plaintiff, Tricor America, Inc. ("Tricor"), to defendant, Federal Insurance Company, ("Federal") arising out of the alleged wrongdoing of Mike Chung ("Chung"), a former employee of Tricor, and

WHEREAS, pursuant to the insurance policy at issue in this lawsuit, Federal is subrogated to the rights of Tricor against Chung to the extent of the payments made by Federal under the insurance policy it issued to Tricor; and

WHEREAS, the causes of action sought to be asserted by Federal against Chung arise out of the same nucleus of operative facts at issue in the underlying complaint;

1  NOW THEREFORE, the parties hereto, through their respective counsel, stipulate and agree that Federal should be granted leave to file a Third Party Complaint against Chung.

DATED: October 3, 2013    LAW OFFICES OF LAURA NGUYEN

By: */s/ Laura Nguyen*
Laura Nguyen
Attorneys for Plaintiff Tricor America, Inc.

DATED: October 3, 2013    ANDERSON, McPHARLIN & CONNERS LLP

By: */s/ Henry S. Zangwill*
David T. DiBiase
Henry S. Zangwill
Attorneys for Defendant, Federal Insurance Company

## O R D E R

GOOD CAUSE APPEARING THEREFOR, defendant Federal Insurance Company is granted leave to file a Third Party Complaint against Mike Chung.

DATED: October 4, 2013



IT IS SO ORDERED
Judge Jon S. Tigar
United States District Judge

STIPULATION FOR LEAVE TO FILE A THIRD PARTY COMPLAINT

2

1119838.1 04855-325